## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TRISTAN A. MORRIS,

      Plaintiff,

v.                               CASE NO: 8:11-cv-935-T-26TBM

PUBLIX SUPERMARKETS, INC.,

      Defendant.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendant's Motion to Compel (Dkt. 11), filed more than three weeks after the expiration of the discovery deadline,[1] is denied.

**DONE AND ORDERED** at Tampa, Florida, on April 3, 2012.


          s/*Richard A. Lazzara*
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record

_____

[1] On July 29, 2011, the Court entered a Case Management and Scheduling Order at docket 9 fixing the discovery cut-ff date as March 12, 2012.